No. 1,581.—EVKOVICH, RESPONDENT, v. BARNES, APPELLANT.

*Appeal from District Court, Granite County; Welling Napton, Judge.*

On motion to dismiss appeal.

Decided May 16, 1903.

PER CURIAM.—Upon motion of counsel for the respondent this appeal is dismissed without prejudice to a motion to reinstate.

June 6, 1903.

PER CURIAM.—The motion to reinstate the appeal herein, heretofore submitted to and by the the court taken under advisement, is denied.

*Mr. W. E. Moore*, for Appellant.

*Messrs. Durfee & Brown*, and *Mr. George A. Maywood*, for Respondent.

---

No. 1,763.—MILLIGAN, APPELLANT, v. FREDERICKS ET AL., RESPONDENTS.

*Appeal from District Court, Broadwater County; E. K. Cheadle, Judge.*

Decided June 2, 1903.

PER CURIAM.—The appeal herein is dismissed as settled, in accordance with the stipulation on file.

*Mr. George F. Cowan*, for Appellant.

*Mr. E. B. Hoffman*, for Respondents.